IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TOSCAR SMITH                                                              PLAINTIFF

v.                          3:18CV00008-DPM-JTK

BLACK, et al.                                                           DEFENDANTS

## ORDER

Plaintiff has submitted an Amended Complaint (Doc. No. 5) pursuant to the Court's January 23, 2018 Order (Doc. No. 5). Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate with respect to Plaintiff's medical claim against Defendant Nurse Black. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendant Nurse Black. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 5) and summons on Defendant without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 23rd day of February, 2018.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

1