# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TOSCAR SMITH                                                    PLAINTIFF

v.                         No. 3:18-cv-8-DPM-JTK

BLACK, Head Nurse, Craighead County
Detention Center; TODD HARRELL,
Administrator, CCDC; MARTY BOYD,
Sheriff, Craighead County; and KEITH
BOWERS, Administration, Craighead
County Detention Facility                                      DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 7, and overrules Smith's objections, № 9. FED. R. CIV. P. 72(b)(3). Smith's claims against Boyd, Bowers, and Harrell about conditions of confinement are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 March 2018