IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TOSCAR SMITH                                                                                              PLAINTIFF

v.                                             3:18CV00008-JTK

BLACK, et al.                                                                                           DEFENDANTS

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Black's Motion to Compel, based on Plaintiff's failure to respond to her discovery requests.[1]

On June 22, 2018, this Court directed Plaintiff to respond to the Motion within fifteen days, and notified him that failure to respond could result in the dismissal without prejudice of this lawsuit, for failure to prosecute (Doc. No. 20). The copy of the Order sent to Plaintiff at his last-known address was returned to the Court as undeliverable, on July 5, 2018. (Doc. No. 21) As of this date, Plaintiff has not responded to the Motion.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In addition, FED.R.CIV.P. 37(b)(2)(A)(v) and 37(d)(3) provide that if a party fails to obey

---

[1] All other named Defendants were dismissed on March 27, 2018 (Doc. No. 14).

an order to provide or permit discovery, or fails to serve answers to interrogatories, the Court may sanction the party by dismissing the action. In this case, in light of Plaintiff's failure to respond or object to Defendant's discovery requests and her Motion to Compel, or to comply with this Court's June 22, 2018 Order directing a response to the Motion, the Court finds that this Complaint should be dismissed without prejudice, for failure to prosecute. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint is DISMISSED without prejudice, for failure to prosecute.

2. Defendant's Motion to Compel (Doc. No. 19) is DENIED as moot.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this 25th day of July, 2018.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE