IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TOSCAR SMITH                                                          PLAINTIFF

v.                              3:18CV00008-JTK

BLACK, et al.                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 25th day of July, 2018.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE